BEFORE THE SECOND DIVISION, FEBRUARY 24, 1943

**No. 48048.**—Protests 540725–G, etc., of John Zimmermann Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *Caradine* v. *United States* (9 Cust. Ct. 69, C. D. 664) the claim at only 25 percent ad valorem under paragraph 1504 (b) (1) was sustained.

**No. 48049.**—Protests 892805–G, etc., of F. Blumenthal & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 48050.**—Protests 902415–G, etc., of Armand Schwab Co., Inc. (New York).

Opinion by TILSON, J. Following *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 48051.**—Protests 905783–G, etc., of Heinsheimer Bros. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218) the claim at 25 percent under paragraph 1504 (b) (1) was sustained.

**No. 48052.**—Protests 993466–G, etc., of Henry Pollak, Inc. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and, on the authority of Abstract 47291 the protests were sustained.